■ DIANE CAMMARATA-CHARLESWORTH, Respondent, v ROBERT D. CHARLESWORTH, Appellant. (Appeal No. 2.)—Order unanimously reversed, on the law, without costs, and matter remitted to Supreme Court, Erie County, for a hearing, in accordance with same memorandum as in Cammarata-Charlesworth v Charlesworth ([Appeal No. 1], 120 AD2d 981). (Appeal from order of Supreme Court, Erie County, Rath, J.—modify child support.) Present—Denman, J. P., Green, Pine, Balio and Schnepp, JJ.